# Third District Court of Appeal

## State of Florida

Opinion filed March 9, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0512
Lower Tribunal No. 12-24080 SP
_____

**United Automobile Insurance Company**,
Appellant,

vs.

**Millennium Radiology, LLC, a/a/o Milunka Cabrera**,
Appellee.

An Appeal from the County Court for Miami-Dade County, Ayana Harris, Judge.

Michael J. Neimand, for appellant.

Marks & Fleischer, P.A., and Gary Marks (Fort Lauderdale); and David B. Pakula, P.A., and David B. Pakula (Pembroke Pines), for appellee.

Before LOGUE, HENDON and LOBREE, JJ.

PER CURIAM.

Insurer, United Automobile Insurance Company, challenges a final summary judgment entered in favor of appellee, Millennium Radiology, LLC, in a first-party personal injury protection action. On appeal United Auto argues the "identity of the parties" element of collateral estoppel is not satisfied where the assignees and medical providers are identical but the insured or assignor is different. Recognizing that the trial court did not have the benefit of our decision in <u>United Automobile Insurance Co. v. Millennium Radiology, LLC</u>, 47 Fla. L. Weekly D175a (Fla. 3d DCA Jan. 12, 2022), at the time judgment was rendered, we agree. Accordingly, we reverse and remand the order under review.

Reversed and remanded.